## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF OKLAHOMA

| | | |
|---|---|---|
| 1. SUMAYYAH F. LEWIS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. __CIV-15-1320-D_____ |
| | ) | |
| 1. SOUTHERN PLAINS TREATMENT | ) | |
| SERVICES LLC, | ) | |
| | ) | |
| Defendant. | ) | **ATTORNEY LIEN CLAIMED** |
| | ) | **JURY TRIAL DEMANDED** |

## COMPLAINT

Plaintiff SUMAYYAH F. LEWIS, by and through her counsel of record, BATTLE LAW FIRM, PLLC, and STOCKTON LAW GROUP, PLLC, respectfully files this Complaint against Defendant SOUTHERN PLAINS TREATMENT SERVICES LLC, as follows:

## THE PARTIES

1.     Plaintiff Sumayyah F. Lewis ("**Plaintiff**" or "**Lewis**") is an individual adult female who resides in Cleveland County, Oklahoma.

2.     Defendant Southern Plains Treatment Services LLC ("**Defendant**" or "**Southern Plains**") is a domestic for-profit limited liability company that conducts business in Cleveland County, Oklahoma.

## JURISDICTION & VENUE

3.     This civil action arises from the wrongful termination of Plaintiff's employment and is based on claims of sex and pregnancy discrimination in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*., as amended by the Pregnancy Discrimination Act of 1978.

4.     Jurisdiction over Plaintiff's federal cause of action is vested in this Court under 28 U.S.C. § 1331.

5.     Plaintiff exhausted her administrative remedies by submitting an Intake Questionnaire dated April 9, 2015, and a Charge of Discrimination dated April 9, 2015, to the Equal Employment Opportunity Commission ("**EEOC**"). The EEOC issued its Dismissal and Notice of Rights letter dated September 2, 2015. Plaintiff hereby files this action within ninety (90) days of receipt of her Dismissal and Notice of Rights letter from the EEOC.

6.     Defendant conducts business in Cleveland County, Oklahoma, may be served in Cleveland County, Oklahoma, and has its principal place of business in Cleveland County, Oklahoma. Furthermore, all acts complained of in this Complaint occurred in Cleveland County, Oklahoma. Because Cleveland County, Oklahoma is

located within the Western District for the United States District Courts of Oklahoma, venue is proper in this Court under 28 U.S.C. § 1391(b).

## STATEMENT OF FACTS

7.     Plaintiff Sumayyah F. Lewis began her employment with Defendant Southern Plains on or about September 12, 2014, as a Direct Care Staff worker. She was continually employed until the discharge of her employment on or about April 8, 2015.

8.     Southern Plains is a psychiatric care facility in Norman, Oklahoma, that treats children for emotional and/or behavioral problems.

9.     During her employment, Lewis was qualified for her position as a Direct Care Staff worker.

10.     While Lewis was employed with Southern Plains, she became pregnant.

11.     On or about April 3, 2015, Lewis went to the emergency room due to her pregnancy. She was discharged with instructions to take two (2) days off work.

12.     Southern Plains then requested that Lewis provide proof of her pregnancy and related medical conditions.

13.     On or about April 7, 2015, Lewis' doctor wrote a letter stating that Lewis needed a reasonable accommodation in her employment due to her pregnancy.

Specifically, Lewis' doctor stated that she should not lift more than twenty (20) pounds and that she needed to refrain from having to restrain patients.

14.     At all times, Lewis was able to perform the essential functions of her job with these reasonable accommodations.

15.     As a Direct Care Staff worker, Lewis was primarily responsible for laundry, checking beds, and assisting children in their bedrooms. During the time she was employed, she had never lifted a child. Furthermore, there were multiple staff members working on a given shift. Thus, Lewis was able to continue performing her essential job functions while pregnant despite the requested accommodations.

16.     Even if her essential job functions required these accommodations, however, Southern Plains discriminated against and retaliated against Lewis rather than accommodate her pregnancy and related medical conditions.

17.     For example, there were accommodations Southern Plains should have, but chose not to, provide to Lewis, such as modifying her work assignments, providing light duty assignments, assigning her to the night shift, assigning her to the control room, assigning her to perform only therapeutic duties, or providing her temporary leave.

18.     On or about April 8, 2015, Lewis was discharged from her employment by

Jaclyn Haynie, Business Administrator, because of her sex, pregnancy, and related

medical conditions.

19.     As a result of the conduct alleged above, Lewis has suffered damages.

### THEORY OF RECOVERY:
### TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Plaintiff incorporates all prior allegations and further alleges and states as follows:

20.     The matters alleged above constitute violations of Title VII of the Civil

Rights Act of 1964, 42 U.S.C. § 2000e, *et seq*., as amended by the Pregnancy

Discrimination Act of 1978, in the nature of sex and pregnancy discrimination.

21.     As damages, Plaintiff has suffered lost earnings, past and future, emotional

distress, and other equitable and compensatory damages allowed by the Civil Rights Act

of 1991.

22.     Because Defendant's actions were willful, wanton or, at the least, in

reckless disregard of Plaintiff's rights, Plaintiff is entitled to punitive damages as

provided by the Civil Rights Act of 1991.

### PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that the Court enter judgment in favor of Plaintiff

and against Defendant and assess compensatory damages including but not limited to

back pay, future wages, emotional distress damages, and punitive damages, together with

pre- and post-judgment interest, costs, attorney's fees, and all other relief as this Court may deem equitable and appropriate and allowed by law.

Respectfully submitted,

s/ Joshua C. Stockton

Joshua C. Stockton, OBA # 21833
STOCKTON LAW GROUP, PLLC
1221 S. Holly Avenue
Yukon, OK 73099
Phone: (405) 354-1120
Fax: (405) 354-3591
Email: stocktonlawgroup@gmail.com

and

Charles T. Battle, OBA # 22486
BATTLE LAW FIRM, PLLC
1415 N.W. 43rd Street
Oklahoma City, OK 73118
Phone: (405) 420-0082
Fax: (405) 416-5492
Email: charles@battlelawfirmok.com

***Attorneys for Plaintiff***
***Sumayyah F. Lewis***