# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| SUMAYYAH F. LEWIS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>SOUTHERN PLAINS TREATMENT )<br>SERVICES, LLC, )<br>)<br>Defendant. ) | Case No. CIV-15-1320-D |

## JOINT DISMISSAL WITH PREJUDICE

Pursuant to FED. R. CIV. P. 41(a)(1)(a)(ii), Plaintiff Sumayyah F. Lewis and Defendant Southern Plains Treatment Services, LLC, by and through their counsel of record, hereby jointly stipulate to the dismissal of this case with prejudice to its refiling. Each party shall bear its own attorney's fees and costs.

Dated this 4th Day of May, 2016.

Respectfully submitted,

*s/Charles T. Battle*
Charles T. Battle, OBA #22486
**THE BATTLE LAW FIRM, PLLC**
1415 NW 43rd Street
Oklahoma City, OK 73118
Telephone: (405) 420-0082
Facsimile: (405) 416-5492
Email: charles@battlelawfirmok.com

and

*s/ Joshua C. Stockton*
Joshua C. Stockton, OBA # 21833
**STOCKTON LAW GROUP, PLLC**
1221 S. Holly Ave.
Yukon, OK 73099
Telephone: (405) 354-1120
Email: stocktonlawgroup@gmail.com
*ATTORNEYS FOR PLAINTIFF*


**-AND-**


*s/Jessica L. Craft*
Michael L. Carr
Jessica L. Craft, #31126
HOLDEN & CARR
15 E. 5th Street, Ste. 3900
Tulsa, OK 74103
Email: MikeCarr@HoldenLitigation.com
          JessicaCraft@HoldenLitigation.com
*ATTORNEYS FOR DEFENDANT*